**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2565**

---

GEORGE REYNOLD EVANS, SR.,

                              Plaintiff - Appellant,

        versus

DAVID GODWIN,

                              Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  James C. Fox, Chief
District Judge.  (CA-96-138-7-F)

---

Submitted:  January 23, 1997        Decided:  January 31, 1997

---

Before RUSSELL, WILKINS, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

George Reynold Evans, Sr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaint and on his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Evans v. Godwin</u>, No. CA-96-138-7-F (E.D.N.C. Oct. 21, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2